

FILED
AUG 1 7 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LRN CORPORATION,
        Plaintiff

v.

A. MERRILL PHILLIPS,
        Defendant

CASE NUMBER  1:05CV01652

JUDGE: Emmet G. Sullivan

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/17/2005

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __LRN CORPORATION__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __N/A__, which have any outstanding securities in the hands of the public. __N/A__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Roxane Sokolove Marenberg* (signature)
Signature

Roxane Sokolove Marenberg
Print Name

1200 Nineteenth Street, N.W.
Address

Washington, DC   20036
City      State    Zip

202/861-3900
Telephone Number

390644
Bar Identification Number