IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | |
| A. MERRILL PHILIPS ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**PLAINTIFF LRN CORPORATION'S
<u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

Plaintiff LRN Corporation, formerly known as LRN, The Legal Knowledge Company, ("Plaintiff" or "LRN"), pursuant to Fed. R. Civ. Pro. 65(a), respectfully moves this Court to order preliminary injunctive relief preventing Defendant A. Merrill Philips ("Defendant" or "Philips") from misappropriating trade secrets and other confidential and proprietary information acquired by Philips while employed by LRN. Such actions violate applicable law and various covenants contained in contracts entered into by the parties in December 1999. The grounds for this motion are fully set forth in the accompanying Memorandum in Support Thereof.

Dated: August 16, 2005                    Respectfully submitted,

_____
Roxane Sokolove Marenberg
D.C. Bar No. 390644
Michelle L. Schaefer
*Application for Admission Pending*
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, DC 20036
202.861.3900 - Telephone
202.223.2085 - Facsimile

Counsel for Plaintiff LRN Corporation

~WASH1:4724065.v3