IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | |
| A. MERRILL PHILIPS ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

### ORDER

Upon consideration of the Motion for Preliminary Injunction, and any opposition filed thereto, it is on this _____ day of _____, 2005:

ORDERED, that the Motion is GRANTED, as the Court is satisfied that Plaintiff LRN Corporation ("Plaintiff" or "LRN") will suffer irreparable harm to its business if Defendant A. Merrill Philips ("Defendant" or "Philips") is permitted to use LRN's Proprietary Confidential Information, as the Court recognizes that such harm may be impossible to quantify and remedy in entirety after the fact; and it is further

ORDERED, that Philips shall be restrained from misappropriating any of LRN's trade secrets and confidential proprietary information; that she be specifically required to return all of LRN's confidential proprietary information in her possession or control to LRN; and that she be restrained from violating her obligations under the Non-Disclosure Agreements.

_____
United States District Court Judge

~WASH1:4724712.v1