IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:05CV01652 |
| | ) Judge: Emmet G. Sullivan |
| A. MERRILL PHILIPS, | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY BROOKS HYLAND

COMES NOW Brad R. Newberg, undersigned local counsel for the defendant, and moves the Court to permit Timothy Brooks Hyland to appear *pro hac vice* for purposes of this matter only.

I, Brad R. Newberg, am a member in good standing of the District of Columbia Bar and submit this motion for admission *pro hac vice* of Timothy B. Hyland.

In support of this motion, I have attached Mr. Hyland's declaration.

Counsel for the plaintiff has been consulted and does not oppose this motion.

_____
Brad R. Newberg

NEWBERG & WINTERS LLP
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182-2681
703-714-9530
Facsimile (703) 991-4516

By: /s/ Brad R. Newberg
Brad R. Newberg (D.C. Bar No. 467898)
Local Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion For Admission *Pro Hac Vice* of Timothy Brooks Hyland was hand delivered this 9th day of September, 2005, to:

> Michelle L. Schaefer, Esquire
> Roxanne Sokolove Marenberg, Esquire
> DLA PIPER RUDNICK GRAY CARY US LLP
> 1200 19th Street, N.W.
> Washington, D.C. 20036

/s/ Brad R. Newberg
Brad R. Newberg