**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LRN CORPORATION, )
)
Plaintiff, )
)
v. ) Case No. 1:05cv01652
) Judge: Emmet G. Sullivan
A. MERRILL PHILIPS, )
)
Defendant. )

**DECLARATION OF TIMOTHY BROOKS HYLAND**

I, Timothy Brooks Hyland, hereby declare:

1. I am an attorney at Leffler & Hyland, P.C., with offices at 4163 Chain Bridge Road, Fairfax, Virginia 22030, telephone (703) 293-9300.

2. I am a member of the State Bars of Virginia and West Virginia, and am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Eastern District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, the Supreme Court of Virginia and the Supreme Court of Appeals of West Virginia.

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of September, 2005, in Fairfax, Virginia.

Timothy B. Hyland

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this Declaration of Timothy Brooks Hyland was hand delivered this 9th day of September 2005, to:

Michelle L. Schaefer, Esquire
Roxanne Sokolove Marenberg, Esquire
DLA PIPER RUDNICK GRAY CARY US LLP
1200 19th Street, N.W.
Washington, D.C. 20036

Brad R. Newberg