IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A. MERRILL PHILIPS, )<br>)<br>Defendant. ) | Case No. 1:05cv01652<br>Judge: Emmet G. Sullivan |

## ORDER

This day the Court considered the Motion For Admission *Pro Hac Vice* of Timothy Brooks Hyland filed by Brad R. Newberg of Newberg & Winters LLP. There being no objection to the Motion and it appearing that Timothy Brooks Hyland satisfies the requirements of Local Civil 83.2(d) for admission to practice before the Court, it is accordingly

ORDERED that Timothy Brooks Hyland shall be admitted *pro hac vice* to this Court and may appear as counsel for A. Merrill Philips in the above-styled case and in connection with any proceedings or matters arising in, arising under or related to the above-styled case, and it is further

ORDERED that this Order shall not be considered admission to practice generally before the United States District Court for the District of Columbia.

Entered:_____.

_____
Judge, United States District Court for
the District of Columbia

**WE ASK FOR THIS:**

**NEWBERG & WINTERS LLP**
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182-2681
703-714-9530
Facsimile (703) 991-4516


By: _____
　　　Brad R. Newberg (D.C. Bar No. 467898)
　　　Local Counsel for Defendant