IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01652 |
| ) | Judge: Emmet G. Sullivan |
| A. MERRILL PHILIPS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RODNEY GENE LEFFLER

COMES NOW Brad R. Newberg, undersigned local counsel for the defendant, and moves the Court to permit Rodney Gene Leffler to appear *pro hac vice* for purposes of this matter only.

I, Brad R. Newberg, am a member in good standing of the District of Columbia Bar and submit this motion for admission *pro hac vice* of Rodney Gene Leffler.

In support of this motion, I have attached Mr. Leffler's declaration.

Counsel for the plaintiff has been consulted and does not oppose this motion.

_____
Brad R. Newberg

**NEWBERG & WINTERS LLP**
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182-2681
703-714-9530
Facsimile (703) 991-4516

By: _/s/ Brad R. Newberg_
    Brad R. Newberg (D.C. Bar No. 467898)
    Local Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion For Admission *Pro Hac Vice* of Rodney Gene Leffler was hand delivered this 9th day of September, 2005, to:

    Michelle L. Schaefer, Esquire
    Roxanne Sokolove Marenberg, Esquire
    DLA PIPER RUDNICK GRAY CARY US LLP
    1200 19th Street, N.W.
    Washington, D.C. 20036

                                  _/s/ Brad R. Newberg_
                                    Brad R. Newberg