**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LRN CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05cv01652 |
| | ) Judge: Emmet G. Sullivan |
| A. MERRILL PHILIPS, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF RODNEY GENE LEFFLER**

I, Rodney Gene Leffler, hereby declare:

1.    I am an attorney at Leffler & Hyland, P.C., with offices at 4163 Chain Bridge Road, Fairfax, Virginia 22030, telephone (703) 293-9300.

2.    I am a member of the State Bars of Virginia and Pennsylvania, and am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the Supreme Court of Virginia and the Pennsylvania Supreme Court.

3.    I certify that I have not been disciplined by any bar.

4.    I have not been admitted *pro hac vice* in this Court within the last two years.

5.    I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of September, 2005, in Fairfax, Virginia.

_____
Rodney Gene Leffler

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Declaration of Rodney Gene Leffler was hand delivered this 9th day of September 2005, to:

> Michelle L. Schaefer, Esquire
> Roxanne Sokolove Marenberg, Esquire
> DLA PIPER RUDNICK GRAY CARY US LLP
> 1200 19th Street, N.W.
> Washington, D.C.  20036

_____
Brad R. Newberg