IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A. MERRILL PHILIPS, )<br>)<br>Defendant. ) | Case No. 1:05CV01652<br>Judge: Emmet G. Sullivan |

## WAIVER OF SERVICE OF SUMMONS

TO:   Michelle L. Schaefer, Esquire

On behalf of A. Merrill Philips ("Philips"), it is hereby acknowledged that Philips waives service of summons in the action of *LRN Corporation v. A. Merrill Philips*, which is Case No. 1:05CV01652 in the United States District Court for the District of Columbia.

Philips has also received a copy of the complaint in the action.

Philips agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that she be served with judicial process in the manner provided by Rule 4.

Philips will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Philips understands that a judgment may be entered against her if an answer or motion under Rule 12 is not served upon you within 20 days after that date.

9/9/05
Date

Brad R. Newberg, Counsel for Philips

**NEWBERG & WINTERS LLP**
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182
(703) 714-9530
Facsimile (703) 991-4516

By: *Brad R. Newberg* (signature)
    Brad R. Newberg (D.C. Bar No. 467898)
    Christopher Winters (D.C. Bar No. 461454)
    Counsel for Philips

Of Counsel:

Rodney G. Leffler
Timothy B. Hyland
LEFFLER & HYLAND
A Professional Corporation
4163 Chain Bridge Road
Fairfax, Virginia 22030-4102
(703) 293-9300
Facsimile (703) 293-9301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Waiver of Service of Summons was hand delivered this 9th day of September, 2005, to:

    Michelle L. Schaefer, Esquire
    Roxanne Sokolove Marenberg, Esquire
    DLA PIPER RUDNICK GRAY CARY US LLP
    1200 19th Street, N.W.
    Washington, D.C. 20036

*Brad R. Newberg* (signature)
Brad R. Newberg