IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LRN CORPORATION, )
)
      Plaintiff, )
)
v. )   Case No. 1:05CV01652
)   Judge: Emmet G. Sullivan
A. MERRILL PHILIPS, )
)
      Defendant. )

## WAIVER OF SERVICE OF SUMMONS

TO:   Michelle L. Schaefer, Esquire

    On behalf of A. Merrill Philips ("Philips"), it is hereby acknowledged that Philips waives service of summons in the action of *LRN Corporation v. A. Merrill Philips*, which is Case No. 1:05CV01652 in the United States District Court for the District of Columbia.

    Philips has also received a copy of the complaint in the action.

    Philips agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that she be served with judicial process in the manner provided by Rule 4.

    Philips will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    Philips understands that a judgment may be entered against her if an answer or motion under Rule 12 is not served upon you within 20 days after that date.

9/9/05
Date

*[signature]*
Brad R. Newberg, Counsel for Philips