IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION<br><br>PLAINTIFF/<br>COUNTERCLAIM<br>DEFENDANT<br><br>v.<br><br>A. MERRILL PHILIPS<br><br>DEFENDANT/<br>COUNTERCLAIM<br>PLAINTIFF | CASE NO. 1:05cv01652<br>Judge: Emmet G. Sullivan |

## CONSENT ORDER

THIS MATTER came before the Court on the consent of the parties as to the scheduling of matters relating to the Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction, and the Defendant's Motion to Dismiss; and

UPON CONSIDERATION THEREOF; it is

ORDERED that the Plaintiff shall file its Reply to Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction on or before September 23, 2005.

ORDERED that the Plaintiff shall file its opposition brief to Defendant's Motion to Dismiss on or before September 23, 2005, and the Defendant may file its reply brief, if any, on or before October 4, 2005.

Entered this ___ day of September, 2005.

_____
Emmet G. Sullivan
United States District Judge

SEEN AND AGREED:

**NEWBERG & WINTERS LLP**
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182-2681
703-714-9530 (phone)
703-991-4516 (fax)

By: _____
    Brad R. Newberg (DC Bar No. 467898)
    Christopher Winters (DC Bar No. 461454)
    Counsel for A. Merrill Philips

**Of Counsel:**

**LEFFLER & HYLAND**
A Professional Corporation
4163 Chain Bridge Road
Fairfax, Virginia 22030-4102
703-293-9300 (phone)
703-293-9301 (fax)
Counsel for A. Merrill Philips

**DLA PIPER RUDNICK GRAY CARY US LLP**
1200 19th Street, N.W.
Washington, DC 20036
202-861-3900 (phone)
202-223-2085 (fax)

By: _____
    Roxane Sokolove Marenberg (DC Bar No. 390644)
    Michelle L. Schaefer (DC Bar No. 478773)
    Counsel for LRN Corporation

~WASH1:4730577.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2005, a copy of the foregoing proposed Consent Order, as agreed upon by counsel, was mailed, postage prepaid, to:

Brad R. Newberg, Esquire
Christopher Winters, Esquire
Newberg & Winters LLP
8300 Boone Boulevard
Suite 500
Vienna, VA 22182-2681

And

Rodney G. Leffler, Esquire
Timothy B. Hyland, Esquire
Leffler & Hyland
4163 Chain Bridge Road
Fairfax, VA 22030-4102

_____
Michelle L. Schaefer

~WASH1:4730577.v1