IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LRN CORPORATION,                )
                                )
    Plaintiff and              )
    Counterclaim Defendant,    )
                                )
v.                              )    Case No. 1:05CV01652
                                )    Judge: Emmet G. Sullivan
A. MERRILL PHILIPS,             )
                                )
    Defendant and              )
    Counterclaim Plaintiff.    )

**PROPOSED ORDER**

This matter came before the Court on the Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6); and

Upon consideration of the parties' memoranda and the pleadings; it is

ORDERED that the Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED that the Plaintiff's Motion for Preliminary Injunction is DENIED as moot; and it is further

ORDERED that this action shall remain on the docket for consideration of the Defendant's Counterclaim.

Entered at Washington, D.C. the _____ day of _____, 200___.


_____
Emmet G. Sullivan
United States District Judge

Copies to:

Brad R. Newberg, Esquire
NEWBERG & WINTERS LLP
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182

Timothy B. Hyland, Esquire
LEFFLER & HYLAND
A Professional Corporation
4163 Chain Bridge Road
Fairfax, Virginia 22030-4102

Roxanne Sokolove Marenberg, Esquire
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036