IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LRN CORPORATION, )<br>)<br>    Plaintiff and )<br>    Counterclaim Defendant, )<br>)<br>v. )<br>)<br>A. MERRILL PHILIPS, )<br>)<br>    Defendant and )<br>    Counterclaim Plaintiff. ) | Case No. 1:05CV01652<br>Judge: Emmet G. Sullivan |

## ADDITIONAL AUTHORITY IN OPPOSITION
## TO MOTION FOR PRELIMINARY INJUNCTION

The defendant, A Merrill Philips, respectfully submits, as additional authority in opposition to the plaintiff's Motion for Preliminary Injunction, the transcript of a hearing held on October 30, 2005, in the United States District Court for the Eastern District of Virginia, in LRN Corp. v. Moriarty, E.D. Va., Civ. No. 1:05cv937. A copy of the transcript is attached hereto as *Exhibit A*.

LRN Corp. v. Moriarty was filed on the same date that LRN filed this action, and is substantively identical to this action. Ms. Moriarty, like Ms. Philips, resigned from LRN and went to work for Midi Corporation. LRN made the same demands upon, and threats to, Ms. Moriarty that it made to Ms. Philips. LRN's arguments in the instant case are identical to those it made in its action against Ms. Moriarty. As can be seen from the transcript, the Moriarty court dismissed the case (which mooted the Preliminary Injunction motion) for reasons substantially similar to the reasons presented by Ms. Philips in the case at hand.

                                                                           **A. MERRILL PHILIPS**
                                                                           By Counsel

NEWBERG & WINTERS LLP
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182
(703) 714-9530
Facsimile (703) 991-4516


By: *[signature]*
    Brad R. Newberg (D.C. Bar No. 467898)
    Christopher Winters (D.C. Bar No. 461454)
    Counsel for Philips

Of Counsel:

Rodney G. Leffler
Timothy B. Hyland
LEFFLER & HYLAND
A Professional Corporation
4163 Chain Bridge Road
Fairfax, Virginia 22030-4102
(703) 293-9300
Facsimile (703) 293-9301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Additional Authority in Opposition to Motion for Preliminary Injunction was mailed, first class mail, postage prepaid, this 3rd day of October, 2005, to:

>Michelle L. Schaefer, Esquire
>Roxanne Sokolove Marenberg, Esquire
>DLA PIPER RUDNICK GRAY CARY US LLP
>1200 Nineteenth Street, N.W.
>Washington, D.C. 20036

_____
Brad R. Newberg