IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LRN CORPORATION,                        )
                                        )
    Plaintiff and                      )
    Counterclaim Defendant,            )
                                        )
v.                                      )   Case No. 1:05CV01652
                                        )   Judge: Emmet G. Sullivan
A. MERRILL PHILIPS,                     )
                                        )
    Defendant and                      )
    Counterclaim Plaintiff.            )

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, the plaintiff and counterclaim defendant, LRN Corporation, and the defendant and counterclaim plaintiff, A. Merrill Philips, by their respective counsel, file this STIPULATION AND ORDER OF DISMISSAL, dismissing this Civil Action and the Counterclaim filed herein, with prejudice, with each party to bear its or her own costs and attorneys' fees.

SEEN AND AGREED:

NEWBERG & WINTERS LLP
8300 Boone Boulevard
Suite 500
Vienna, Virginia 22182
(703) 714-9530
Facsimile (703) 991-4516

By: _____
    Brad R. Newberg (D.C. Bar No. 467898)
    Christopher Winters (D.C. Bar No. 461454)
    Counsel for A. Merrill Philips

Of Counsel:

Rodney G. Leffler
Timothy B. Hyland
LEFFLER & HYLAND
A Professional Corporation
4163 Chain Bridge Road
Fairfax, Virginia  22030-4102
(703) 293-9300
Facsimile (703) 293-9301


**SEEN AND AGREED:**

**DLA PIPER RUDNICK GRAY CARY US LLP**
1200 19th Street, N.W.
Washington, D.C.  20036
(202) 861-3900
Facsimile (202) 223-2085


By: _/s/ Michelle L. Schaefer_
    Michelle L. Schaefer
    Roxanne Sokolove Marenberg
    Counsel for LRN Corporation


SO ORDERED at Washington, D.C., this _____ day of November, 2005.


                                    _____
                                    Emmet G. Sullivan
                                    United States District Judge